05- 341

Printed: 5/24/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 11/1/2004 through 4/30/2005

Page 1 of 3

SBI: 00170365          NAME:   PIPER, ROBERT J

| Date | Balance |
|---|---|
| 11/01/2004 | $0.00 |
| 11/02/2004 | $0.00 |
| 11/03/2004 | $0.00 |
| 11/04/2004 | $0.00 |
| 11/05/2004 | $0.00 |
| 11/06/2004 | $0.00 |
| 11/07/2004 | $0.00 |
| 11/08/2004 | $0.00 |
| 11/09/2004 | $0.00 |
| 11/10/2004 | $0.00 |
| 11/11/2004 | $0.00 |
| 11/12/2004 | $0.00 |
| 11/13/2004 | $0.00 |
| 11/14/2004 | $0.00 |
| 11/15/2004 | $0.00 |
| 11/16/2004 | $0.00 |
| 11/17/2004 | $0.00 |
| 11/18/2004 | $0.00 |
| 11/19/2004 | $0.00 |
| 11/20/2004 | $0.00 |
| 11/21/2004 | $0.00 |
| 11/22/2004 | $0.00 |
| 11/23/2004 | $0.00 |
| 11/24/2004 | $0.00 |
| 11/25/2004 | $0.00 |
| 11/26/2004 | $0.00 |
| 11/27/2004 | $0.00 |
| 11/28/2004 | $0.00 |
| 11/29/2004 | $0.00 |
| 11/30/2004 | $0.00 |
| 12/01/2004 | $0.00 |
| 12/02/2004 | $0.00 |
| 12/03/2004 | $0.00 |
| 12/04/2004 | $0.00 |
| 12/05/2004 | $7.57 |
| 12/06/2004 | $7.57 |
| 12/07/2004 | $6.15 |
| 12/08/2004 | $1.02 |
| 12/09/2004 | $1.02 |
| 12/10/2004 | $1.02 |
| 01/18/2005 | $1.02 |
| 01/19/2005 | $1.02 |
| 01/20/2005 | $1.02 |
| 01/21/2005 | $26.02 |
| 01/22/2005 | $26.02 |
| 01/23/2005 | $26.02 |
| 01/24/2005 | $26.02 |
| 01/25/2005 | $26.02 |

FILED
2005 MAY 27  PM 3: 36
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 5/24/2005

*Average Daily Balance For Pauper Filing*
For Days the Individual was in Residence at SCI from 11/1/2004 through 4/30/2005

Page 2 of 3

SBI: 00170365        NAME:   PIPER, ROBERT J

| Date | Balance |
|---|---|
| 01/26/2005 | $7.85 |
| 01/27/2005 | $7.85 |
| 01/28/2005 | $7.85 |
| 01/29/2005 | $7.85 |
| 01/30/2005 | $7.85 |
| 01/31/2005 | $0.00 |
| 02/08/2005 | $84.91 |
| 02/09/2005 | $84.91 |
| 02/10/2005 | $84.91 |
| 02/11/2005 | $84.91 |
| 02/12/2005 | $84.91 |
| 02/13/2005 | $84.91 |
| 02/14/2005 | $84.91 |
| 02/15/2005 | $84.91 |
| 02/16/2005 | $52.95 |
| 02/17/2005 | $52.95 |
| 02/18/2005 | $52.95 |
| 02/19/2005 | $52.95 |
| 02/20/2005 | $52.95 |
| 02/21/2005 | $52.95 |
| 02/22/2005 | $52.95 |
| 02/23/2005 | $64.84 |
| 02/24/2005 | $64.84 |
| 02/25/2005 | $64.84 |
| 02/26/2005 | $64.84 |
| 02/27/2005 | $64.84 |
| 02/28/2005 | $64.31 |
| 03/01/2005 | $64.31 |
| 03/02/2005 | $50.51 |
| 03/03/2005 | $50.51 |
| 03/04/2005 | $50.51 |
| 03/05/2005 | $50.51 |
| 03/06/2005 | $50.51 |
| 03/07/2005 | $50.51 |
| 03/08/2005 | $50.51 |
| 03/09/2005 | $55.05 |
| 03/10/2005 | $55.05 |
| 03/11/2005 | $55.05 |
| 03/12/2005 | $55.05 |
| 03/13/2005 | $55.05 |
| 03/14/2005 | $55.05 |
| 03/15/2005 | $55.05 |
| 03/16/2005 | $42.85 |
| 03/17/2005 | $42.85 |
| 03/18/2005 | $42.85 |
| 03/19/2005 | $42.85 |
| 03/20/2005 | $42.85 |
| 03/21/2005 | $42.85 |

Printed: 5/24/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 11/1/2004 through 4/30/2005

Page 3 of 3

SBI: 00170365          NAME:    PIPER, ROBERT J

| Date | Balance |
| --- | --- |
| 03/22/2005 | $42.85 |
| 03/23/2005 | $42.85 |
| 03/24/2005 | $42.85 |
| 03/25/2005 | $42.85 |
| 03/26/2005 | $42.85 |
| 03/27/2005 | $42.85 |
| 03/28/2005 | $42.85 |
| 03/29/2005 | $42.85 |
| 03/30/2005 | $37.73 |
| 03/31/2005 | $37.73 |
| 04/01/2005 | $37.73 |
| 04/02/2005 | $37.73 |
| 04/03/2005 | $37.73 |
| 04/04/2005 | $37.73 |
| 04/05/2005 | $37.73 |
| 04/21/2005 | $4.17 |
| 04/22/2005 | $4.17 |
| 04/23/2005 | $4.17 |
| 04/24/2005 | $4.17 |
| 04/25/2005 | $4.17 |
| 04/26/2005 | $4.17 |
| 04/27/2005 | $0.10 |
| 04/28/2005 | $0.10 |
| 04/29/2005 | $0.10 |
| 04/30/2005 | $0.10 |

Summary for 'SBI' = 00170365 (121 detail records)          **Average Daily Balance:    $27.50**

# Prior Month -- Individual Statement

Date Printed: 5/24/2005                                                                 Page 1 of 1

## For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Committed | 12/5/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Committed | 12/5/2004 | $7.57 | $0.00 | $0.00 | $0.00 | $7.57 |
| Medical | 12/7/2004 | $0.00 | ($1.42) | $0.00 | $0.00 | $7.57 |
| Medical | 12/7/2004 | ($1.42) | $0.00 | $0.00 | $0.00 | $6.15 |
| Commissary | 12/8/2004 | ($5.13) | $0.00 | $0.00 | $0.00 | $1.02 |
| Discharge | 12/10/2004 | $0.00 | $0.00 | $0.00 | $0.00 | $1.02 |
| | | | | | Ending Mth Balance: | $1.02 |

# Prior Month -- Individual Statement

Date Printed: 5/24/2005              Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.02 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Committed | 1/18/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $1.02 |
| Visit MO | 1/21/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $26.02 |
| Commissary | 1/26/2005 | ($18.17) | $0.00 | $0.00 | $0.00 | $7.85 |
| Discharge Cash | 1/31/2005 | ($7.85) | $0.00 | $0.00 | $0.00 | $0.00 |
| Discharge | 1/31/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | **Ending Mth Balance:** | **$0.00** |

# Prior Month -- Individual Statement

Date Printed: 5/24/2005                                                                 Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Committed | 2/8/2005 | $84.91 | $0.00 | $0.00 | $0.00 | $84.91 |
| Committed | 2/8/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $84.91 |
| Commissary | 2/16/2005 | ($31.96) | $0.00 | $0.00 | $0.00 | $52.95 |
| Postage-Comm | 2/23/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $52.95 |
| Commissary | 2/23/2005 | ($36.14) | $0.00 | $0.00 | $0.00 | $16.81 |
| Mail CK | 2/23/2005 | $48.03 | $0.00 | $0.00 | $0.00 | $64.84 |
| Postage-Comm | 2/25/2005 | $0.00 | $0.00 | ($0.30) | $0.00 | $64.84 |
| Postage-Comm | 2/28/2005 | ($0.30) | $0.00 | $0.00 | $0.00 | $64.54 |
| Postage-Comm | 2/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $64.31 |
| | | | | | Ending Mth Balance: | $64.31 |

# Prior Month -- Individual Statement

Date Printed: 5/24/2005                                                                 Page 1 of 2

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $64.31 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Commissary | 3/2/2005 | ($13.80) | $0.00 | $0.00 | $0.00 | $50.51 |
| Copies | 3/3/2005 | $0.00 | $0.00 | ($4.00) | $0.00 | $50.51 |
| Postage-Comm | 3/7/2005 | $0.00 | $0.00 | ($0.11) | $0.00 | $50.51 |
| Visit MO | 3/9/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $60.51 |
| Commissary | 3/9/2005 | ($5.46) | $0.00 | $0.00 | $0.00 | $55.05 |
| Postage-Comm | 3/11/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $55.05 |
| Postage-Comm | 3/14/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $55.05 |
| Postage-Comm | 3/15/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $55.05 |
| Copies | 3/16/2005 | $0.00 | $0.00 | ($0.50) | $0.00 | $55.05 |
| Commissary | 3/16/2005 | ($12.20) | $0.00 | $0.00 | $0.00 | $42.85 |
| Postage-Comm | 3/16/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Comm | 3/17/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $42.85 |
| Postage-Comm | 3/17/2005 | $0.00 | $0.00 | ($1.72) | $0.00 | $42.85 |
| Postage-Comm | 3/17/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Copies | 3/17/2005 | $0.00 | $0.00 | ($3.00) | $0.00 | $42.85 |
| Copies | 3/18/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $42.85 |
| Postage-Comm | 3/18/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Comm | 3/20/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Comm | 3/20/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Comm | 3/22/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Comm | 3/24/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Comm | 3/28/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Comm | 3/28/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | $42.85 |
| Mail MO | 3/30/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $52.85 |
| Copies | 3/30/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $48.85 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $48.60 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $48.35 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $48.10 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $47.85 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $47.60 |
| Postage-Comm | 3/30/2005 | ($0.60) | $0.00 | $0.00 | $0.00 | $47.00 |
| Postage-Comm | 3/30/2005 | ($0.11) | $0.00 | $0.00 | $0.00 | $46.89 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $46.64 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $46.39 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $46.14 |
| Copies | 3/30/2005 | ($0.50) | $0.00 | $0.00 | $0.00 | $45.64 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $45.39 |
| Postage-Comm | 3/30/2005 | ($0.69) | $0.00 | $0.00 | $0.00 | $44.70 |
| Postage-Comm | 3/30/2005 | ($1.72) | $0.00 | $0.00 | $0.00 | $42.98 |
| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $42.73 |
| Copies | 3/30/2005 | ($3.00) | $0.00 | $0.00 | $0.00 | $39.73 |
| Copies | 3/30/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $37.98 |

## Prior Month -- Individual Statement

Date Printed: 5/24/2005                                                                 Page 2 of 2

### For Month of March 2005

| Postage-Comm | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $37.73 |
|---|---|---|---|---|---|---|
| | | | | | **Ending Mth Balance:** | **$37.73** |

# Prior Month -- Individual Statement

Date Printed: 5/24/2005

Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $37.73 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| Discharge | 4/5/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $37.73 |
| Discharge Cash | 4/6/2005 | ($37.73) | $0.00 | $0.00 | $0.00 | $0.00 |
| Committed | 4/21/2005 | $4.17 | $0.00 | $0.00 | $0.00 | $4.17 |
| Committed | 4/21/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $4.17 |
| Commissary | 4/27/2005 | ($4.07) | $0.00 | $0.00 | $0.00 | $0.10 |
| | | | | | Ending Mth Balance: | $0.10 |