Original

(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

ORIGINAL

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Robert Piper 170365

(Enter above the full name of the plaintiff in this action)

V.

D.O.C Rick Kearney
David Jacobs
D.O.C

(Enter above the full name of the defendant(s) in this action

05 - 341

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 MAY 27 PM 3: 30

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal courts dealing with the
same facts involved in this action or otherwise relating to your imprisonment?
YES [ ]    NO [ ✓ ]

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of
paper, using the same outline).

1.    Parties to this previous lawsuit

Plaintiffs_____

_____

Defendants _____

_____

2.     Court (if federal court, name the district; if state court, name the county)

_____

3.     Docket number _____

4.     Name of judge to whom case was assigned _____

5.     Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6.     Approximate date of filing lawsuit _____

7.     Approximate date of disposition _____

II.   A.     Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C.     If your answer is YES,

1.     What steps did you take? File Grievance Talk with Lieutenant

2.     What was the result? Denied

D.     If your answer is NO, explain why not _____

E.     If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

F.     If your answer is YES,

1.     What steps did you take? wrote the officer up

2.     What was the result? NON-Grievable

III.    Parties

(In item A below, place your name in the first blank and place your present address
in the second blank.  Do the same for additional plaintiffs, if any.)

A.    Name of Plaintiff    Robert James Piper

Address    SCI PO Box 500 Georgetown De 19947

(In item B below, place the full name of the defendant in the first blank, his official
position in the second blank, and his place of employment in the third blank.  Use
item C for the names, positions, and place of employment of any additional defendants.)

B.    Defendant    David Jacobs    is employed as    Correctional Officer

at    SCI

C.    Additional Defendants    Rick Kearney SCI PO Box
500 Georgetown De 19947
D.O.C

IV.    Statement of Claim

(State here as briefly as possible the facts of your case.  Describe how each defendant
is involved.  Include also the names of other persons involved, dates, and places.
Do not give any legal arguments or cite any cases or statutes.  If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need.  Attach extra sheet if necessary.)

On the date 3-3-05 I had my rights violated
and became assaulted.  On 3-3-05 I had my rights
violated by the three demand of throwing away
my food and assaulted by being repeatedly
cap-stunned for asking to see the Lieutenant.

-3-

V.    Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.)

I would like to be compensated for these wrong and unlawful actions and to be reimbursted for my Person Items this kind of treatment goes on-on a daily basis, abuse of authority and power

Signed this __11__ day of ___MAY___, ~~19~~2005

_Robert Riffer_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__5-11-05__          _Robert Riffer_
Date                          ( Signature of Plaintiff)

-4-

also while being moved the officer failed
to secure I/m's cell allowing Items that
he had to be stolen, than the officer
told I/ms cell-mate to pack the remaining
Items. Those Items stolen were
eight 10x13 envolopes and two boxes of
vitamin C Halls valued at $32.00. Witnesses
are Eugene Cox, Hector Greens, Timothy Bratten
Keith Daniels, alowg with other housing
tier members

I/M: Robert Piper BLDG. P/T
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 172360
GEORGETOWN, DELAWARE 19947

Clerk
U.S. District Court
J. Caleb Boggs Federal Building
Lock Box 18
844 N King Street
Wilmington De.
19801