IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBERT PIPER,                )
                             )
        Plaintiff,           )
                             )
    v.                       ) Civ. No. 05-341-SLR
                             )
RICK KEARNEY, and DAVID      )
~~JONES~~, Jacobs            )
                             )
        Defendants.          )

**AUTHORIZATION**

FILED

JUL -5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Robert Piper, SBI #170365, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.32 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  6-29 , 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date:  6-29-05 , 2005.

*Robert Piper*
Robert Piper

I/M: Robert Piper    BLDG: Key South
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  1226
GEORGETOWN, DELAWARE  19947

Office of the Clerk
United States District Court
844 N. King St. Lock Bx 18
Wilmington Delaware
19801-3570