05-341

To the District court, there was cenul error
made on the Defendents Name, it is not
David Jones, but is David Jacobs
yhank you
Robert Piper
6-29-05

FILED

JUL - 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: _Robert Piper_ BLDG: _Key South_
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 _12325_
GEORGETOWN, DELAWARE 19947

office of the Clerk
United States District Court
844 N. KING ST. Lock Bx 18
Wilmington Delaware
19801-3570

U.S. POSTAGE
$00.370
FROM ZIP CODE
PB 2230370
7944 JUL 01 05
19947
1775
8390

U.S.M.S.
X-RAY

13801+3519 12