**ORIGINAL**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

~~_____~~ Robert Piper
_____
Plaintiff/s

V.   Civil Action No.: 05-341 (SLR)

Rick Kearney et al
_____
Defendant/s

MOTION FOR _Request of attorney_____

COMES NOW, the Plaintiff, __Robert Piper_____, pro se who pursuant to __28 USCA 1915 (a)(1)_____, moves this Honorable Court to grant this motion. In support, the following facts are asserted;

I am an inmate who cannot afford to hire an attorney, throughout these proceedings. I respectfully request the honorable court to grant said motion.



FILED

JUL - 6

U.S. DISTRICT
DISTRICT C

## CERTIFICATE OF SERVICE

I, ___Robert Piper___, hereby certify that I have served a true and correct copy of the attached ___motion for request of attorney___ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| Attorney For Defendants Stuart Drowos | 820 North French St | Wilmington DE 19801 |
| | | |
| | | |
| | | |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This __29__ day of __June__, __2005__.

_Robert Piper_



Office of the clerk
United States District Court
844. N KinG St. LockBx 18
wilmington Delaware
19801-3570

I/M: Robert Pipes 270365
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947