05-341 (SLR)

Printed: 6/16/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 1/18/2005 through 5/31/2005

Page 1 of 3

SBI: 00170365        NAME:    PIPER, ROBERT J

| Date | Balance |
|---|---|
| 01/18/2005 | $1.02 |
| 01/19/2005 | $1.02 |
| 01/20/2005 | $1.02 |
| 01/21/2005 | $26.02 |
| 01/22/2005 | $26.02 |
| 01/23/2005 | $26.02 |
| 01/24/2005 | $26.02 |
| 01/25/2005 | $26.02 |
| 01/26/2005 | $7.85 |
| 01/27/2005 | $7.85 |
| 01/28/2005 | $7.85 |
| 01/29/2005 | $7.85 |
| 01/30/2005 | $7.85 |
| 01/31/2005 | $0.00 |
| 02/08/2005 | $84.91 |
| 02/09/2005 | $84.91 |
| 02/10/2005 | $84.91 |
| 02/11/2005 | $84.91 |
| 02/12/2005 | $84.91 |
| 02/13/2005 | $84.91 |
| 02/14/2005 | $84.91 |
| 02/15/2005 | $84.91 |
| 02/16/2005 | $52.95 |
| 02/17/2005 | $52.95 |
| 02/18/2005 | $52.95 |
| 02/19/2005 | $52.95 |
| 02/20/2005 | $52.95 |
| 02/21/2005 | $52.95 |
| 02/22/2005 | $52.95 |
| 02/23/2005 | $64.84 |
| 02/24/2005 | $64.84 |
| 02/25/2005 | $64.84 |
| 02/26/2005 | $64.84 |
| 02/27/2005 | $64.84 |
| 02/28/2005 | $64.31 |
| 03/01/2005 | $64.31 |
| 03/02/2005 | $50.51 |
| 03/03/2005 | $50.51 |
| 03/04/2005 | $50.51 |
| 03/05/2005 | $50.51 |
| 03/06/2005 | $50.51 |
| 03/07/2005 | $50.51 |
| 03/08/2005 | $50.51 |
| 03/09/2005 | $55.05 |
| 03/10/2005 | $55.05 |
| 03/11/2005 | $55.05 |
| 03/12/2005 | $55.05 |
| 03/13/2005 | $55.05 |



FILED
JUL - 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 6/16/2005

**Average Daily Balance For Pauper Filing**
For Days the Individual was in Residence at SCI from 1/18/2005 through 5/31/2005

Page 2 of 3

SBI: 00170365        NAME:   PIPER, ROBERT J

| Date | Balance |
|---|---|
| 03/14/2005 | $55.05 |
| 03/15/2005 | $55.05 |
| 03/16/2005 | $42.85 |
| 03/17/2005 | $42.85 |
| 03/18/2005 | $42.85 |
| 03/19/2005 | $42.85 |
| 03/20/2005 | $42.85 |
| 03/21/2005 | $42.85 |
| 03/22/2005 | $42.85 |
| 03/23/2005 | $42.85 |
| 03/24/2005 | $42.85 |
| 03/25/2005 | $42.85 |
| 03/26/2005 | $42.85 |
| 03/27/2005 | $42.85 |
| 03/28/2005 | $42.85 |
| 03/29/2005 | $42.85 |
| 03/30/2005 | $37.73 |
| 03/31/2005 | $37.73 |
| 04/01/2005 | $37.73 |
| 04/02/2005 | $37.73 |
| 04/03/2005 | $37.73 |
| 04/04/2005 | $37.73 |
| 04/05/2005 | $37.73 |
| 04/21/2005 | $4.17 |
| 04/22/2005 | $4.17 |
| 04/23/2005 | $4.17 |
| 04/24/2005 | $4.17 |
| 04/25/2005 | $4.17 |
| 04/26/2005 | $4.17 |
| 04/27/2005 | $0.10 |
| 04/28/2005 | $0.10 |
| 04/29/2005 | $0.10 |
| 04/30/2005 | $0.10 |
| 05/01/2005 | $0.10 |
| 05/02/2005 | $50.10 |
| 05/03/2005 | $50.10 |
| 05/04/2005 | $8.18 |
| 05/05/2005 | $8.18 |
| 05/06/2005 | $8.18 |
| 05/07/2005 | $8.18 |
| 05/08/2005 | $8.18 |
| 05/09/2005 | $8.18 |
| 05/10/2005 | $8.18 |
| 05/11/2005 | $5.58 |
| 05/12/2005 | $5.58 |
| 05/13/2005 | $5.58 |
| 05/14/2005 | $5.58 |
| 05/15/2005 | $5.58 |

Printed: 6/16/2005

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 1/18/2005 through 5/31/2005

Page 3 of 3

SBI: 00170365          NAME:    PIPER, ROBERT J

| Date | Balance |
|---|---|
| 05/16/2005 | $5.58 |
| 05/17/2005 | $5.58 |
| 05/18/2005 | $3.55 |
| 05/19/2005 | $3.55 |
| 05/20/2005 | $3.55 |
| 05/21/2005 | $3.55 |
| 05/22/2005 | $3.55 |
| 05/23/2005 | $3.55 |
| 05/24/2005 | $3.55 |
| 05/25/2005 | $3.55 |
| 05/26/2005 | $0.00 |
| 05/27/2005 | $0.00 |
| 05/28/2005 | $0.00 |
| 05/29/2005 | $0.00 |
| 05/30/2005 | $0.00 |
| 05/31/2005 | $0.00 |

Summary for 'SBI' = 00170365 (112 detail records)          **Average Daily Balance:    $31.50**

## Prior Month -- Individual Statement

Date Printed: 6/16/2005                                                                 Page 1 of 1

## For Month of January 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.02 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 1/18/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $1.02 |
| Visit MO | MARIA BRITTINGHAM | 1/21/2005 | $25.00 | $0.00 | $0.00 | $0.00 | $26.02 |
| Commissary | | 1/26/2005 | ($18.17) | $0.00 | $0.00 | $0.00 | $7.85 |
| Discharge Cas | | 1/31/2005 | ($7.85) | $0.00 | $0.00 | $0.00 | $0.00 |
| Discharge | | 1/31/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 6/16/2005  Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 2/8/2005 | $84.91 | $0.00 | $0.00 | $0.00 | $84.91 |
| Committed | | 2/8/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $84.91 |
| Commissary | | 2/16/2005 | ($31.96) | $0.00 | $0.00 | $0.00 | $52.95 |
| Postage-Com | | 2/23/2005 | $0.00 | $0.00 | ($0.23) | $0.00 | $52.95 |
| Commissary | | 2/23/2005 | ($36.14) | $0.00 | $0.00 | $0.00 | $16.81 |
| Mail CK | LAWSON IMPORTER | 2/23/2005 | $48.03 | $0.00 | $0.00 | $0.00 | $64.84 |
| Postage-Com | | 2/25/2005 | $0.00 | $0.00 | ($0.30) | $0.00 | $64.84 |
| Postage-Com | | 2/28/2005 | ($0.30) | $0.00 | $0.00 | $0.00 | $64.54 |
| Postage-Com | | 2/28/2005 | ($0.23) | $0.00 | $0.00 | $0.00 | $64.31 |
| | | | | | Ending Mth Balance: | | $64.31 |

## Prior Month -- Individual Statement

Date Printed: 6/16/2005                                                                 Page 1 of 2

### For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $64.31 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 3/2/2005 | ($13.80) | $0.00 | $0.00 | $0.00 | $50.51 |
| Copies | | 3/3/2005 | $0.00 | $0.00 | ($4.00) | $0.00 | $50.51 |
| Postage-Com | | 3/7/2005 | $0.00 | $0.00 | ($0.11) | $0.00 | $50.51 |
| Visit MO | MARCETTA JOHNSO | 3/9/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $60.51 |
| Commissary | | 3/9/2005 | ($5.46) | $0.00 | $0.00 | $0.00 | $55.05 |
| Postage-Com | | 3/11/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $55.05 |
| Postage-Com | | 3/14/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $55.05 |
| Postage-Com | | 3/15/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $55.05 |
| Copies | | 3/16/2005 | $0.00 | $0.00 | ($0.50) | $0.00 | $55.05 |
| Commissary | | 3/16/2005 | ($12.20) | $0.00 | $0.00 | $0.00 | $42.85 |
| Postage-Com | | 3/16/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Com | | 3/17/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | $42.85 |
| Postage-Com | | 3/17/2005 | $0.00 | $0.00 | ($1.72) | $0.00 | $42.85 |
| Postage-Com | | 3/17/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Copies | | 3/17/2005 | $0.00 | $0.00 | ($3.00) | $0.00 | $42.85 |
| Copies | | 3/18/2005 | $0.00 | $0.00 | ($1.75) | $0.00 | $42.85 |
| Postage-Com | | 3/18/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Com | | 3/20/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Com | | 3/20/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Com | | 3/22/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Com | | 3/24/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Com | | 3/28/2005 | $0.00 | $0.00 | ($0.25) | $0.00 | $42.85 |
| Postage-Com | | 3/28/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | $42.85 |
| Mail MO | SANDRA PIPER | 3/30/2005 | $10.00 | $0.00 | $0.00 | $0.00 | $52.85 |
| Copies | | 3/30/2005 | ($4.00) | $0.00 | $0.00 | $0.00 | $48.85 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $48.60 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $48.35 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $48.10 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $47.85 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $47.60 |
| Postage-Com | | 3/30/2005 | ($0.60) | $0.00 | $0.00 | $0.00 | $47.00 |
| Postage-Com | | 3/30/2005 | ($0.11) | $0.00 | $0.00 | $0.00 | $46.89 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $46.64 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $46.39 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $46.14 |
| Copies | | 3/30/2005 | ($0.50) | $0.00 | $0.00 | $0.00 | $45.64 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $45.39 |
| Postage-Com | | 3/30/2005 | ($0.69) | $0.00 | $0.00 | $0.00 | $44.70 |
| Postage-Com | | 3/30/2005 | ($1.72) | $0.00 | $0.00 | $0.00 | $42.98 |
| Postage-Com | | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $42.73 |
| Copies | | 3/30/2005 | ($3.00) | $0.00 | $0.00 | $0.00 | $39.73 |
| Copies | | 3/30/2005 | ($1.75) | $0.00 | $0.00 | $0.00 | $37.98 |

## Prior Month -- Individual Statement

Date Printed: 6/16/2005

Page 2 of 2

### For Month of March 2005

| | | | | | | |
|---|---|---|---|---|---|---|
| Postage-Com | 3/30/2005 | ($0.25) | $0.00 | $0.00 | $0.00 | $37.73 |
| | | | | | Ending Mth Balance: | $37.73 |

# Prior Month -- Individual Statement

Date Printed: 6/16/2005                                                                 Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $37.73 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Discharge | | 4/5/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $37.73 |
| Discharge Cas | | 4/6/2005 | ($37.73) | $0.00 | $0.00 | $0.00 | $0.00 |
| Committed | | 4/21/2005 | $4.17 | $0.00 | $0.00 | $0.00 | $4.17 |
| Committed | | 4/21/2005 | $0.00 | $0.00 | $0.00 | $0.00 | $4.17 |
| Commissary | | 4/27/2005 | ($4.07) | $0.00 | $0.00 | $0.00 | $0.10 |
| | | | | | | Ending Mth Balance: | $0.10 |

# Prior Month -- Individual Statement

Date Printed: 6/16/2005                                                                 Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.10 |
|---|---|---|---|---|---|---|
| 00170365 | PIPER | ROBERT | J | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Visit MO | BESSIE PIPER | 5/2/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $50.10 |
| Commissary | | 5/4/2005 | ($41.92) | $0.00 | $0.00 | $0.00 | $8.18 |
| Commissary | | 5/11/2005 | ($2.60) | $0.00 | $0.00 | $0.00 | $5.58 |
| Copies | | 5/12/2005 | $0.00 | $0.00 | ($3.50) | $0.00 | $5.58 |
| Commissary | | 5/18/2005 | ($2.03) | $0.00 | $0.00 | $0.00 | $3.55 |
| Postage | | 5/26/2005 | $0.00 | $0.00 | ($3.21) | $0.00 | $3.55 |
| Copies | | 5/26/2005 | ($3.50) | $0.00 | $0.00 | $0.00 | $0.05 |
| Postage | | 5/26/2005 | ($0.05) | $0.00 | ($3.16) | $0.00 | $0.00 |
| | | | | | **Ending Mth Balance:** | | **$0.00** |



I/M: Robert Pipe
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   270365   B
GEORGETOWN, DELAWARE 19947

Office of the clerk
United States District Court
844. N KinG St. LocBx 18
wilmingtow Delaware
19801-3570