**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Robert James Piper | COURT CASE NUMBER: 05-341 SLR |
| DEFENDANT: Rick Kearney | TYPE OF PROCESS: O/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jame Brady

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 820 N. French St. Wilmington De. 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Robert James Piper
SCI PO Box 500
Georgetown De 19947

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauper Case

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Robert Piper
TELEPHONE NUMBER: 856-5280
DATE: 5-16-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: 5
District to Serve: 15
Signature of Authorized USMS Deputy or Clerk: BF
Date: 12-7-05

☑ I hereby certify and return that I have personally served...

Name and title of individual served (if not shown above): Keith Brady (Asst. State Solicitor)

Date of Service: 12/16/05  Time: 4:15 pm
Signature of U.S. Marshal or Deputy: Scarla

REMARKS: