# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT PIPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-341-SLR |
| | ) | |
| D.O.C. RICK KEARNEY and | ) | |
| DAVID JACOBS D.O.C., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Defendants Department of Correction, Richard Kearney and David Jacobs. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Lisa Barchi
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us

Date: January 9, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on January 9, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Robert Piper
SBI #170365
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us