In The United States District Court
for The District of Delaware

To the clerk of the District Court for the
District of Delaware.

Case # 05-341 SLR

Plaintiff file complaint on May 27, 2005
I would like and original copy of the
complaint (D.I. 2). That was file on that day.
Through my course of moving around paperwork
and other material has been misplaced.
So plaintiff respectfully request that this said
clerk grant that motion.

Respectfully
Robert Piper 170365

FILED
FEB 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: Robert Piper   BLDG: 403
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   170365
GEORGETOWN, DELAWARE 19947

Clerk
Lock Box 18
Federal Building 844 N. King St.
Wilmington Delaware
19801