IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT PIPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-341-SLR |
| | ) |
| RICK KEARNEY, DAVID JACOBS and D.O.C., | ) |
| | ) |
| Defendants. | ) |

**STATE DEFENDANTS MOTION TO DISMISS/SUMMARY JUDGMENT PURSUANT TO RULES 12 (b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COME NOW, the defendants, Rick Kearney, David Jacobs and the Department of Correction, by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12(b)(1), 12 (b)(6) and 56(c) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against Defendants. In support of their motion to dismiss/summary judgment, Defendants have filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, Defendants respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

                                                STATE OF DELAWARE
                                                DEPARTMENT OF JUSTICE

                                                /s/ Lisa Barchi
                                                Lisa Barchi  #3927
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 N. French Street, 6th floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
                                                lisa.barch@state.de.us

DATE: March 2, 2006                                     Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT PIPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-341-SLR |
| | ) |
| RICK KEARNEY, DAVID JACOBS | ) |
| and  D.O.C., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss filed by Defendants Rick Kearney, David Jacobs and the DOC in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and Plaintiff's Complaint is dismissed with prejudice.

_____
The Honorable Sue L. Robinson, Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2006 I electronically filed *Motion to Dismiss/Summary Judgment* with the Clerk of Court using CM/ECF.  I hereby certify that on March 2, 2006 I have mailed by United States Postal Service, the document to the following non-registered participant:

Robert Piper
SBI #170365
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    /s/ Lisa Barchi
    Lisa Barchi
    Deputy Attorney General
    Department of Justice
    820 N. French Street, 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    lisa.barchi@state.de.us