Inmate Rules : Sussex Correctional Institution        C3

Subject: Chowline and Dining Area                Page 1 of 1

     In order to maintain feeding schedules in all buildings, it is important that inmates be ready when their area is called. If you are late, that meal will be forfeited.

     Meals are planned by the department dietician to insure adequate nutrition. The food service personnel have specific directions concerning the portion sizes served. Inmates should only take as much food as they can eat. Wasting food will not be tolerated. Officer may limit the amount of food taken by an individual if necessary.

     Inmates will be properly dress according to House Rules. No smoking is allowed. There is to be no loud talking, horseplay, or abusive language in line or at the table. Moderate talking is permissible.

     Trays, cups, and silverware are issued to each inmate. It is your responsibility to see that yours is turned in at the end of each meal.

     An inmate is entitled to his entire portion of food. He may refuse undesired items, but no substituted will be provided. Inmates who, for religious reasons, do not eat certain meat may get an extra portion of vegetables.

     Inmates will not trade or give away their portions of food at the service counter. If he decides to give something away, it will be done at the table.

     Inmates will fill the seats as they enter the table area from the food service line. The first table must be full before the second is taken. This rule applies unless you have been directed by an officer to sit elsewhere. Once seated, you have 20 minutes to eat your meal. When you have finished, you will remain seated until an officer dismisses your table. When seconds are available, an officer will announce it and call each table separately. This will continue until the food runs out or until all inmates have been served again. Seconds will be served as fairly as possible by rotating the food service lines.

     Special diet inmates will not be permitted to eat food from the regular serving lines. These inmates shall have their recommended diets with them at meals, which will be provided by the Medical Staff.

     Uneaten food and beverages left on the tray will be disposed of by the inmate in the garbage containers.