| Incident# | | |
|---|---|---|
| 9711 | | |

**SCI Sussex Correctional Institution**
**PO Box 500**
**GEORGETOWN DE, 19947**
**Phone#: 302-856-5280**

# INCIDENT REPORT

16:40

| Group#: N/A | Type: Inmate Involved | Incident Date: 03/03/2005 | Time: ~~16:40~~ | Confidential: No |
|---|---|---|---|---|

**Facility:** SCI  Sussex Correctional Institution                    **Followup Required :** No

**Associated Disciplinary Report #(s):** 4587

**Incident Location:** PRE-TRIAL
**Location Description:** HU 1, dining area

**Violated Conditions:** 2.05 Disrespect
          2.06/200.108 Failing to Obey an Order

**Description of Incident:**

On the above stated date and approximate time this C/O ordered I/M Piper to put the tray down and go to his cell. I/M Piper ignored the order and so the order was repeated. Piper responded he wasn't going to and continued to the last table in the row, putting the tray down. This C/O followed and again stated the order. Piper ran to another part of the day area and I then sprayed, He still did not move in the direction of his cell. As all the other I/M s scattered away from the gas spray, the code 11 was called. Other staff responded immediately. I/M Piper was escorted out. End of report.

| Injured Persons | Hospitalized | Nature Of Injuries | |
|---|---|---|---|
| N/A | N/A | N/A | |

**Evidence Type:** N/A                          **Date Collected:** N/A
**Discovered By :** N/A                    **Secured By:** N/A

**Type of Force Used:** [ ]    PHYSICAL   [ ]    CHEMICAL [ ]    STUN  [ ]    OTHER  [ ]    CAPSTUN [X]    NONE
**Restraints Used**    : N/A

**Immediate Action Taken:**
N/A

| Individuals Involved | | | |
|---|---|---|---|
| **Person Code** | **Name** | **SBI#** | **Title** |
| Inmate | Robert, Piper J | 00170365 | N/A |
| Staff | David, Jacobs I | N/A | Correctional Officer |

**Reporting Officer:** Jacobs, David I (Correctional Officer)          **Entered By:** Jacobs, David I (Correctional Officer)

| Approval Information | | | |
|---|---|---|---|

X   **Approved**    **Disapproved**   **Date:** 03/03/2005   **Approved by:** Flaherty, Gerard C  (Shift Commander - Large Inst.)

**Comments:** referred to Lt. GR Johnson