FORM #584

GRIEVANCE FORM

RECEIVED
MAR 04 2005
SCI GRIEVANCE CHAIRMAN

FACILITY: SCI
DATE: 3-3-05
GRIEVANT'S NAME: Robert Piper
SBI#: 00170365
CASE#: 12023
TIME OF INCIDENT: Approx 4:45 pm
HOUSING UNIT: 1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the date of 3-3-05 I-I/M Robert Piper had his rights violated and become assaulted, by the throwing away of my dinner and by the repeatedly use of mase and being capstunned by Officer Jacobs. While coming out for dinner I heard officer Jacobs say, throw away your tray and lock in, throw away your tray and lock in, I had no Idea he was referring to me because I wasn't talking or passing food I had just came through line and sat down, upon sitting down officer Jacobs approached me and said you and I was like me, and he said yea you, I said what did I do, his statement was just throw away your tray and lock in, upon getting up and going up the steps I asked to see a Lt. and officer Jacobs comes from behind his back and repeatedly sprays me, I try to keep from being sprayed and he chasing and continues the assault.

ACTION REQUESTED BY GRIEVANT: For officer Jacobs to be duly reprimanded for the seriousness of his actions, all could of been avoided if he wasn't worried about being wrong and just looked in the log book and see that I had been moved.

GRIEVANT'S SIGNATURE:_____ DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____ DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

__✓__ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

__✓__ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   __✓__ Disciplinary Action   _____ Parole Decision
_____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

_3-4-05_
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

He then calls a code and still trys to mase me the whole while this was going on myself and other I/ms were telling officer Jacobs that I had been moved from the down stairs cell to the up stairs cell and he refuse to look it up His whole attitude was for me to lock in or to be cap stunned, somebody will straighten it out