SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## DISCIPLINARY HEARING DECISION

| Inmate : Piper, Robert J | SBI#:00170365 | Type:Class 1 |
|---|---|---|
| Institution:SCI Sussex Correctional Institution | Hearing Date: 03/05/2005 | Time: 12:10 |

Inmate Present: Yes      Reason(If No):N/A

Violation:  2.05 Disrespect, 2.06/200.108 Failing to Obey an Order

Inmate PLEA: Guilty

Inmate Statement:  Mr.Piper admits to the violation

Decision :Guilty

Rational : Report and offender plea.

Sanctions: N/A

### HEARING OFFICER'S SIGNATURE

Johnson, G.R.

I understand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer.I may appeal the decision of a Class I Hearing  to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [ ]    DO    [X]    DO NOT INTEND TO APPEAL

INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

| [X]   Inmate does not wish to appea | [ ]   Appeal has been denied by Commissioner or Designa |
|---|---|
| [ ]   Sanctions have been modifie | [ ]   Time Limit(72 Hours since hearing) for appeal has expir |

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Confinement to Quarter | 03/03/2005 | 2 | 03/05/2005 |