454

FORM #584

GRIEVANCE FORM

RECEIVED
MAR 04 2005
SCI GRIEVANCE CHAIRMAN

FACILITY: SCI

DATE: 3-3-05

GRIEVANT'S NAME: Robert Piper

SBI#: 00170365

CASE#: 12024

TIME OF INCIDENT: Approx 4:45

HOUSING UNIT: 1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date I - I/M Robert Piper Had Items Stolen from me, because after being removed from housing unit tier, the housing unit officer failed to secure the I/ms room until possessions could be picked up. But room-mate Micheal Cox will state and testify that Orlando Stanley of Room 110 did enter 126 and obtain these items 2 full Bxs of vitamin C drops & 10x13 envelopes, I still have my receipt for these items, but I bet He doesn't

ACTION REQUESTED BY GRIEVANT: To be reimburst that was close to or over thirty dollars in commissary
Thank You

GRIEVANT'S SIGNATURE: _____ DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.     _____Disciplinary Action     _____Parole Decision
     _____Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.


_____     _____
Inmate Grievance Chairperson                                                                Date


Form#: 584 (F&B)
(Reverse Revised July '99)

## GRIEVANCE APPEAL FORM:

**THIS MUST BE COMPLETED AND RETURNED TO THE IGC WITHIN 3 DAYS OF RECEIPT OF THE WARDEN/WARDEN'S DESIGNEE DECISION**

GRIEVANT: Robert Piper  SBI#: 00170365

HOUSING UNIT: MU2  CASE#: 12024

DATE: 3-17-05

THIS FORM IS TO BE USED **ONLY** IN THE EVENT OF A DECISION APPEAL. PLEASE SPECIFY THE REASON FOR THE APPEAL IN THE SPACE BELOW.

The reason for my appeal is, that there was negligent on the housing officer for not securing my room after I was removed from the tier also, another I/m was allowed to pack my Items. I have receipts for my Items, also I have Hector Green who works the housing unit 1 food cart as a witness to what happened in full detail. The I/m Orlando Stanley going in my room, removing comissary Items then giving them to cell (11) to hold in case of shake down. The I/ms in that room at the time were, and older gentleman by the name of Benny and a younger fellow with reddish hair who wore glasses, he was the gentlemen who held the Items. All I'm asking is to be reimbursted by I/m Stanley or the comissary. Thank you Robert Piper

IF YOU NEED ADDITIONAL SPACE, PLEASE CONTINUE WRITING ON THE BACK OF THIS FORM.

ORIGINAL: INSTITUTION FILE     COPY: GRIEVANT

I did nothing wrong to deserve this injustice that's happening. that was close or over thirty dollers worth of Items stolen

FORM #584 A

R.G.C. RECOMMENDATION

THIS MUST BE COMLETED & RETURNED TO THE I.G.C. WITHIN 30 CALENDAR DAYS

GRIEVANT'S NAME: Robert Piper    SBI #: 00170365    CASE #: 12024

Committee recommends denial.

I.C. MEMBERS:

INMATE REPRESENTATIVE: Laurence B. Dickens, #124570

INMATE REPRESENTATIVE: Alan Trendy #342666

COUNSELOR:

SECURITY:

INMATE GRIEVANT CHAIRPERSON:

INSTITUTION FILE

GRIEVANT

April '97 REV

SCI Sussex Correctional Institution                Date: 03/15/2005
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# GRIEVANCE INFORMATION - WARDEN

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PIPER, ROBERT J | **SBI# :** 00170365 | **Institution :** SCI |
| **Grievance # :** 12024 | **Grievance Date :** 03/03/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date :** 03/03/2005 | **Incident Time :** 16:45 |
| **IGC :** Atallian, Michael J | **Housing Location :** PRE-TRIAL, UNIT 2, Cell 222, Bed A | |

### REFERRED TO

**Due Date :**     **Referred to:**     **Name:**

**Type of Information Requested :**

### DECISION

**Date Received** : 03/15/2005
**Decision Date** : 03/15/2005     **Vote :** Deny
**Comments** :

_____     3/15/05
**WARDEN / WARDEN'S DESIGNEE SIGNATURE**     **DATE**

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)     YES: ✓     NO:_____

_____     3-17-05
**GRIEVANT'S SIGNATURE**     **DATE**

_____     3-17-05
**I.G.C. SIGNATURE**     **DATE**

DEPARTMENT OF CORRECTION
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

June 23, 2005

Inmate PIPER ROBERT J
SBI # 00170365
SCI Sussex Correctional Institution
GEORGETOWN DE, 19947

Dear ROBERT PIPER:

We have reviewed your Grievance Case # 12024 dated 03/03/2005.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief