02/24/2006

## SCI COMMISSARY PRICE AND ORDER LIST-FT BUILDING

| SOAPS | AMT | QTY | SHAVING ITEMS | AMT | QTY | NON-PRESCRIPTION | AMT | QTY | CLOTHING | AMT | QTY | MISCELLANEOUS | AMT | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAL-1 oz | 0.17 | | PALMOLIVE | 1.62 | | 10% ACNE GEL | 1.87 | | BOXER SHORTS | | | CORN PADS | 2.96 | |
| LECLASSIQUE | 0.20 | | MAGIC SHAVE BLUE | 2.02 | | ANTACID LIQUID | 3.98 | | SM,MD,LG,XL | 1.92 | | NAIL CLIPPERS-LG | 0.76 | |
| SOAP DISH | 0.60 | | MAGIC SHAVE GOLD | 2.45 | | ANTACID TAB-150 | 3.22 | | XXL | 2.04 | | NAIL CLIPPERS-NO FILE | 0.36 | |
| | | | | | | ANTIFUNGAL CRM | 1.48 | | XXXXL | 2.16 | | PADLOCKS | 4.36 | |
| COMBS & BRUSH | | | AFTER SHAVES | | | ARTIFICIAL TEARS | 1.98 | | WHITE SHORTS | | | PC CLIPS | 0.24 | |
| COMBS-SM | 0.07 | | CRAWFORD MUSK | 1.22 | | ASPIRIN-100 | 1.24 | | SM TO MD | 9.98 | | PHOTO ALBUMS | 2.96 | |
| AFRO PIKS | 0.42 | | AFTA FRESHSCENT | 2.47 | | BAYER XTRA STR-2pk | 0.47 | | LG TO 2XL | 10.28 | | PLAYING CARDS-AVIATOR | 1.69 | |
| MILITARY HAIR BRUSH | 2.54 | | | | | BLISTEX | 1.99 | | 3XL | 11.78 | | PLAYING CARDS-BICYCLE | 2.28 | |
| | | | DEODORANTS | | | CHAPSTICK | 1.84 | | 4XL | 35.10 | | PINOCLE CARDS | 2.36 | |
| | | | HERITAGE ROLL ON | 1.18 | | COTTON SWABS | 1.51 | | WHITE SWEATPANTS | | | SHOE LACES WHITE | 1.90 | |
| | | | MN REG DEOD STK | 2.18 | | FOOT POWDER | 3.68 | | SM, MD, LG, XLG | 12.80 | | SHOE POLISH-WHITE | 3.17 | |
| HAIR CARE | | | MN MUSK DEOD STK | 2.18 | | HALLS COUGH DROPS | 0.61 | | 2XL | 18.80 | | SHOE POLISH-BRN | 1.70 | |
| ALBERTO VO5 CONDITNE | 1.52 | | MN ULTIMATE A/P | 3.06 | | HEMORHOIDAL OINT | 3.26 | | 3XL | 24.90 | | SHOPPING BAGS | 0.98 | |
| ALBERTO VO5 SHAMPOO | 1.52 | | AQUA SPRT GEL A/P | 2.84 | | HYDROCORTISONE CRM | 1.39 | | 4XL | 32.10 | | WALLET EXP FOLDER | 2.28 | |
| BABY SHAMPOO | 1.69 | | | | | IBUPROFEN-50 | 2.88 | | WHITE SWEATSHIRTS | | | WEBSTERS DICTIONARY | 5.77 | |
| SUAVE SHAMPOO | 2.28 | | LOTIONS & OILS | | | MILK OF MAGNESIA | 1.97 | | SM, MD, LG, XLG | 8.10 | | WIRE LESS NOTEBOOK | 3.19 | |
| DANDREX | 3.20 | | ALOE LOTION | 2.12 | | MUSCLE RUB | 1.84 | | 2XL/3X | 9.30 | | | | |
| DANDRUFF SHAMPOO | 2.84 | | BABY OIL | 1.84 | | NATURAL VEG PWDR | 4.70 | | 4XL/6X | 11.70 | | SHOES | | |
| SULFUR 8 SHAMPOO | 3.60 | | COCOA BUTTER LOTION | 1.66 | | NON-ASPIRIN-100 | 2.06 | | WHITE T-SHIRTS | | | FLIP FLOP SHWR SHOES | 0.91 | |
| SULFUR 8 CONDTNR | 5.37 | | COCOA BUTTER STICK | 1.20 | | ROLAIDS | 0.65 | | SM, MD, LG, XL | 1.48 | | CRAW BLACK/XL SLIP-ONS | 3.07 | |
| | | | NORMAL SKIN TONE CRM | 5.12 | | STRESS(Pepto)LIQ-8oz | 2.18 | | 2XL | 2.56 | | NIKE TENNIS SHOE | | |
| | | | NOXEMA | 1.92 | | SUNBLOCK LOTION | 3.81 | | 3XL | 3.25 | | REEBOK TENNIS SHOE | | |
| | | | PETROLEUM JELLY | 0.92 | | TANNING LOTION | 2.67 | | 4XL | 3.84 | | | | |
| HAIR GREASE | | | | | | X STR TYLENOL-2pk | 0.62 | | TUBE SOCKS | 1.19 | | | | |
| MURRAY's POMADE | 2.12 | | | | | | | | ARCH CUSHIONS | 6.59 | | | | |
| PRO GLO POMADE | 1.55 | | SCENTED OIL&SLTNS | | | | | | TOWELS-24x46 | 5.99 | | | | |
| ROYAL CROWN | 1.68 | | CK ONE OIL | 3.95 | | CLOTHING | | | WASH CLOTHS-12x12 | 2.39 | | | | |
| VO5 HAIRDRESSING | 3.72 | | ETERNITY OIL | 3.95 | | | | | | | | | | |
| VO5 STYLING GEL | 2.12 | | C K ONE LOTION | 2.62 | | THERMAL TOPS | | | STATIONARY ITEMS | | | | | |
| | | | ETERNITY LOTION | 2.60 | | SM, MD, LG, XLG | 4.02 | | ENVELOPES-WHITE | 0.42 | | | | |
| ORAL HYGIENE | | | | | | 2XL | 4.20 | | ENVELOPES-6x9 | 0.42 | | | | |
| COLGATE | 1.49 | | POWDERS | | | 3XL | 4.38 | | ENVELOPES-10x13 | 0.68 | | | | |
| COLGATE "TOTAL" | 3.46 | | BABY POWDER | 1.55 | | 4XL | 4.68 | | WHITE NOTE PADS | 0.42 | | | | |
| EFFERDENT IND PK | 0.97 | | BATH & SHOWER PW | 1.76 | | THERMAL BOTTOMS | | | WHITE WRITING PADS | 0.70 | | | | |
| EFFERGRIP | 4.46 | | | | | SM, MD, LG, XLG | 4.02 | | YELLOW LEGAL PADS | 1.01 | | | | |
| MINT MOUTHWASH | 1.19 | | | | | 2XL | 4.20 | | COLORED PENCILS-EAGL | 2.42 | | | | |
| TOOTHBRUSH HOLDER | 0.40 | | | | | 3XL | 4.38 | | #2 PENCIL w/ERASER | 0.12 | | | | |
| TOOTHBRUSH | 0.98 | | | | | 4XL | 4.68 | | PENS-BLACK | 0.24 | | | | |
| | | | | | | | | | CARD STOCK | 0.05 | | | | |

PAGE 01/01

SCI RECORDS

302-856-5530

02/24/2006 10:07

02/24/2006 09:30 30285565103

BUSINESS OFFICE

PAGE 01