In The United States District Court For The District Of Delaware

Robert Piper
  Plaintiff,
        v.                    Case # 05-341-SLR
Rick Kearney, David
Jacobs and D.O.C.
  Defendants

FILED
MAR 2 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion for Habias Corpus and or ~~cause~~ To release information and Records vital to plaintiffs case

The plaintiff writes court and ask that court grants said Motion. Below the following facts are asserted.

1. Information that is needed to support plaintiffs claim is needed and is being denied.

2. Witnesses that plaintiff needs to get statements or affidavid from, is neither allowed to talk with them or see them.

3. Documents and or all paper work is being classified as security, keeping plaintiff from having access to them.

4. In view of the following statements being provided, plaintiff respecffully request that the court grant said motion of allowing plaintiff to file for caused and or grant motion for Habias Corpis for the Defendants and D.O.C. to ~~court~~ release needed documents.        3-24-06
                    Respectfully Submitted    Robert Piper

Certificate of Mailing and/or Delivery

I hereby certify that on 3-24-06 That I Robert Piper plaintiff Filed a Motion for counsel and or Habias corpes to the Clerk of Court. I have mailed by United States Postal Service this document to the following Deputy Attorney General For the defendants

Lisa Barchi
Deputy Attorney General
820 N. French ST. 6th Floor
Wilmington Delaware 19801

Robert Piper 170365
PO Box 500 SCI
Georgetown DE
19947

I/M: Robert Piper  BLDG: A-H-3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1386 U.S. POSTAGE PB 2230370
7992 $00.390 MAR 28 06
1198                    19947

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570