In The United States District Court
For The District Of Delaware

Robert Piper           )
    v                  )      CASE # 05-341-SLR
Rick Kearney David Jacobs )
and D.O.C              )
                       )



FILED
MAR 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion For Enlargement Of Time

Comes Now the plaintiff, Robert Piper respectfully requesting that this Honorable Court grant said motion of granting the plaintiff 30 days to answer and respond to defendants filing. Below the following facts will be asserted.

① At the time that plaintiff recieved defendants filing on or about March 3rd 2006, plaintiff did not have time or access to certain documents materials or the law library.

② If granted the time plaintiff will file brief with facts and statements challenging and disproving defendants response.

③ Plaintiff has hard time obtaining witness statements and paper work needed for filing and to support case. Thus preventing him a timely filing.

Wherefore on the date of March, 15th 2006 Plaintiff respectfully request that this Honor and the Honorable court grant said Motion for enlargement of time.

Robert Piper 170365
PO Box 500 SCI
Georgetown DE
19947

Certificate of Mailing And/or Delivery

I hereby certify that on March 15 2006 that I filed for Motion for Enlargement of time with the Clerk of court. I have mailed copy, United State Postal Service to the following

Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington De 19801

Robert Piper 170365
PO Box 500 SCI
Georgetown De
19947

I/M: Robert Allen  BLDG: A-HU3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
MAR 28 06
19947

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570