In The United States District Court
For The District Of Delaware

Robert Piper
   Plaintiff
  V.
Rick Kearney, David Jacobs
And D.O.C
   Defendants

C.A. No 05-341-SLR

Comes now the Plaintiff answering defendants motion To Dismiss summary Judgement. Below The following facts are asserted

1. The plaintiff has a will continue to give supporting facts to his claim of his 8th amendment being violated

2. I'm at no time whatsoever stopped at any table, to take and pass any food.

3. Not once did I ever stopp and start stuffing my food in to my mouth

3. At disciplinary hearing I did not plead guilty but was told I would be found guilty, reason being I didn't immediately make an effort to get up in I ask to see a Lt. so that was disobeying direct order

FILED
JUN - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

4. Plaintiff filed on behalf of property which was made in an accurate statement. eight envelopes at 66¢ apiece and 2 boxes of Mail VES priced at $12.80 a box not 61¢ a box as the defendants have it marked

5. Defendent did violate my 8th amendment rights, by the use of unnessessary force and by the unlawfull denying me of food

6. All could of been avoided if officer would of listened to other I/M's or just read the log book as stated

7. This was not and is not a common daily practice

8. I was able to make and Med incident Report because I was never afforded to opportunity to see medical

9. All thruths will be put forth if given the chance

I/M: Robert Piper   BLDG: MIN
SUSSEX CORRECTIONAL INSTITUTION   170365
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

RAY
S.M.S.

U.S. POSTAGE $00.390
PB 2230370
JUN 07 06
19947
1356
7963
9350

United States District Court
Lockbox 18
Boggs Federal Building
844 King Street
Wilmington Dela. 19801