OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

June 13, 2006

TO: Robert Piper
    SBI #170365
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947

**RE: Deficiency for Lack of Signature; 05-341(SLR)**

Dear Mr. Piper:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:   Federal Rules of Civil Procedure.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your document to be acceptable for filing, it ***must have an original signature***, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

Your corrected filing should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                    Sincerely,

/ead                                PETER T. DALLEO
                                    CLERK

cc:  The Honorable Sue L. Robinson
enc: Copy of DI 25