# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
**Attorney General**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**
New Castle County

June 13, 2006

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

      **Re:** *Piper v. Kearney*
           05-341-SLR

Dear Clerk of Court:

     Defendants will submit a reply to Plaintiff's Answer (D.I. 25) in five business days after they receive notice that the deficiency in Plaintiff's filing has been corrected.

                                 Very truly yours,

                                   /s/ Lisa Barchi
                                 Lisa Barchi
                                 Deputy Attorney General