In The United States District Court
For The District Of Delaware


(25)

Robert Piper
    Plaintiff

v.                                      CA No 05-341-SLR

Rick Kearney, David Jacobs
and D.O.C
    Defendants

Comes now the Plaintiff answering defendants motion To Dismiss Summary Judgement. Below the following facts are asserted

1. The plaintiff has a will continue to give supporting facts to his claim of his 8th amendment being violated

2. I'm at no time whatsoever stopped at any table, to take and pass any food.

FILED
JUN - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

3. Not once did I ever stopp and start stuffing my food into my mouth

3. At disciplinary hearing I did not plead guilty but was told I would be found guilty, reason being I didn't immediately make an effort to get up in I ask to see a Lt. so that was disobeying direct order



4. Plaintiff filed on behalf of property which was made in an accurate statement. eight envelopes at 66¢ apiece and 2 boxes of Mail priced at $12.00 a box not 61¢ a box as the defendants have it marked

5. Defendant did violate my 8th amendment rights, by the use of unnessessary force and by the unlawfull denying me of food

6. All could of been avoided if officer would of listened to other I/M's or just read the log book as stated

7. This was not and is not a common daily practice

8. I was able to make and did incident report because I was never afforded to opportunity to see medical

9. All thruths will be put forth if given the chance

In the United States District Court
for The District of DE

Robert Piper Plaintiff,

v.   No. 05-341, SLR

Rick Kearney, David Jacobs,
And DOC    Defendants

MOTION FOR: Amendment Plaintiffs 1983 Brief
COMES NOW, the petitioner, Robert Piper, pro se
and moves this Honorable Court to grant this writ for the following reasons:

Plaintiff has limited access to the law library and materials needed at the time for case. So Plaintiff Respectfully request that this Honorable court Grant both motion. Statements and cases that the Plaintiff wishes to add are below.

Hickey v. Reeder 12 F.3d 754, 758, 759 8th Cir 1993
Valdez v. Farmon 766 F.Supp. 1529, 1535 E.D. CAl 1991
Willis v. Bell 726, F.Supp 1118, 1121-22 N.D. Ill. 1989
Moss v. Ward 450 F.Supp. 591, 595-597 W.D.N.Y. 1978
Schneckloth v. Bustamonte 412 US 218, 226 93 S.Ct. 2041, 2047, 36 L.Ed. 2d 854 1973

WHEREFORE, due to the foregoing reasons, the petitioner requests that this writ be granted and an order issued for his release.

Dated: 6-26-06

Robert Piper 170365
Sussex Correctional Institution
Route 113, P.O. Box 500
Georgetown, DE 19947

IN THE _District_ COURT OF THE STATE OF _Delaware_
IN AND FOR _Newcastle_ COUNTY

_Robert Piper_
Plaintiff/s

V.                                                    05-341   Action #: _SCR_

_Rick Kearney, David Jacobs_
_and D.O.C_   Defendant/s

STATE OF DELAWARE

COUNTY OF SUSSEX

AFFIDAVIT OF _Signiture of Brief Filed_

I, _Robert Piper_, being duly sworn, deposes and says:

On 6-13-06 I Robert Piper recieve letter from you stating that my signiture was need to futher go on with my brief filing. Please except this as my signiture.

Subscribed and Sworn before me
this 26th day of June, 2006.

_Judith Ann Lederman_
JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

_Robert Piper_   170365
Sussex Correctional Institution
Route 113, P.O. Box 500
Georgetown, DE 19947

OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 13, 2006

TO: Robert Piper
SBI #170365
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

**RE: Deficiency for Lack of Signature; 05-341(SLR)**

Dear Mr. Piper:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your document to be acceptable for filing, it **must have an original signature**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

Your corrected filing should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Copy of DI 25

I/M: Robert Piper   BLDG: MiN
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500  170365
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.630
PB 2230370
JUN 29 06
19947

United States District Court
Lock Box 18
844 King Street
U.S. Court House
Wilmington Delaware 19801