IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT PIPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-341-SLR |
| ) | |
| D.O.C. RICK KEARNEY and ) | |
| DAVID JACOBS D.O.C., ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

COME NOW Defendants, by and through undersigned counsel, and respectfully moves this Honorable Court to enter an Order granting an enlargement of thirty days within which to file a response to Plaintiff's Complaint. In support of this motion, Defendants offer the following:

1. On May 27, 2005, Plaintiff filed this Complaint. (D.I. 2).

2. Defendants responded with a Motion to Dismiss and Memorandum of Points and Authorities on March 2, 2006. D.I. 19 and 20)

3. When Plaintiff did not respond to the motion to dismiss, this Court ordered Plaintiff to file an answer no later than may 5, 2006. (D.I. 23). On June 12, 2006, more than one month after the May 5th deadline, Plaintiff filed a deficient answer (D.I. 25). The Clerk of Court wrote to Plaintiff informing him of the deficiency. (D.I. 26).

4. On July 13, 2006, Plaintiff's amended answering brief was sent electronically to Defendants. (D.I. 28). Defendants had no notice that the document was filed on June 30, 2006. (D.I. 26). The docket entry states that the reply is due July 10, 2006, three days before Defendants received any notice that the amended answering brief had been filed. (D.I. 26).

5.  There is no trial date scheduled in this case.

WHEREFORE, for the reasons stated herein, Defendants respectfully requests that the Court grant their Motion for Enlargement of Time to July 21, 2006, to file a reply, and enter an order in the form attached hereto, with the appropriate dates provided at the Court's discretion.

                                            **STATE OF DELAWARE**
                                            **DEPARTMENT OF JUSTICE**

                                            /s/ Lisa Barchi
                                            Deputy Attorney General
                                            820 N. French Street, 6th floor
                                            Wilmington, DE 19801
                                            (302) 577-8400
                                            lisa.barchi@state.de.us

Date: July 14, 2006                                          Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT PIPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-341-SLR |
| | ) |
| D.O.C. RICK KEARNEY and | ) |
| DAVID JACOBS D.O.C., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This _____ day of _____, 2006,

**WHEREAS,** Defendants having requested an enlargement of time of thirty days in which to file an answer; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Enlargement of Time be granted and said Defendant shall file a reply brief on or before _____.

_____
Sue L. Robinson
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ROBERT PIPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-341-SLR |
| | ) | |
| D.O.C. RICK KEARNEY and | ) | |
| DAVID JACOBS D.O.C., | ) | |
| | ) | |
| Defendants. | ) | |

**16.5 CERTIFICATE OF COUNSEL**

In compliance with Local Rule of Civil Procedure 16.5, counsel for the Defendants making the request for enlargement of time to file a reply brief files this Certificate and states:

I certify that the Defendants have been provided with copies of the Motion for Enlargement of Time and that service has been sent by regular mail.

                         STATE OF DELAWARE
                         DEPARTMENT OF JUSTICE
                         /s/ Lisa Barchi
                         Deputy Attorney General
                         820 N. French Street, 6th floor
                         Wilmington, DE 19801
                         (302) 577-8400
                         lisa.barchi@state.de.us
Date: July 14, 2006           Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT PIPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-341-SLR |
| | ) |
| D.O.C. RICK KEARNEY and | ) |
| DAVID JACOBS D.O.C., | ) |
| | ) |
| Defendants. | ) |

## 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. The plaintiff is an inmate incarcerated in the Delaware Correctional system, at the Sussex Correctional Institution, Georgetown, Delaware.

2. Since the plaintiff is not able to be reached by telephone, counsel for Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3. She assumes that the motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date: July 14, 2006                    Attorney for State Defendant

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on July 14, 2006, I electronically filed *Defendants'* *Motion for Enlargement of Time* with the Clerk of Court using CM/ECF. I have mailed by United States Postal Service, the document to the following non-registered participant:

Robert Piper
SBI # 170365
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

        /s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Attorney for State Defendant