| Inc.dent# | | | |
|---|---|---|---|
| 9711 | | | |

**SCI Sussex Correctional Institution**
PO Box 500
**GEORGETOWN DE, 19947**
Phone#: 302-856-5280

# INCIDENT REPORT

**Date:** 03/03/2005

**Group#:** N/A   **Type:** Inmate Involved   **Incident Date:** 03/03/2005   **Time:** 15:40   **Confidential:** No

**Facility:** SCI Sussex Correctional Institution   **Followup Required:** No

**Associated Disciplinary Report #(s):** 4587

**Incident Location:** PRE-TRIAL

**Location Description:** HU 1, dining area

**Violated Conditions:** 2.05 Disrespect
2.06/200.108 Failing to Obey an Order

**Description of Incident:**
On the above stated date and approximate time this C/O ordered I/M Piper to put the tray down and go to his cell. I/M Piper ignored the order and so the order was repeated. Piper responded he wasn't going to and continued to the last table in the row, putting the tray down. This C/O followed and again stated the order. Piper ran to another part of the day area and I then sprayed, He still did not move in the direction of his cell. As all the other I/M s scattered away from the gas spray, the code 11 was called. Other staff responded immediately. I/M Piper was escorted out. End of report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A   **Date Collected:** N/A
**Discovered By:** N/A   **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Robert, Piper J | 00170365 | N/A |
| Staff | David, Jacobs I | N/A | Correctional Officer |

**Reporting Officer:** Jacobs, David I (Correctional Officer)   **Entered By:** Jacobs, David I (Correctional Officer)

### Approval Information

[X] Approved   [ ] Disapproved   **Date:** 03/03/2005   **Approved by:** Flaherty, Gerard C (Shift Commander - Large Inst.)
**Comments:** referred to Lt. GR Johnson

*Received, Reviewed & Approved*
*MAR 03 2005*
*Watch Commander*
*Signature*

*EXHIBIT "A"*

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

CLASS I ___  CLASS II ✓   DISCIPLINARY HEARING DECISION   DR#: 4587

========================================================================

INMATE NAME: ROBERT PIPER   INST#: 190365   HEARING DATE: 3/05/05
TIME: 1210   INMATE PRESENT: (✓) YES ( ) NO  REASON: N/A

WITNESSES PRESENT:  1. N/A   2. _____   3. _____
VIOLATION: 2.05/2.06

PLEA: (✓) GUILTY ( ) NOT GUILTY ( ) OTHER: _____

========================================================================

INMATE STATEMENT: MR PIPER ADMITS TO THE VIOLATION.

WITNESS STATEMENT: N/A

========================================================================

DECISION: (✓) GUILTY ( ) NOT GUILTY   RATIONALE: REPORT AND OFFENDER PLEA.

SANCTION: (2) DAYS C.TQ

                                                    _____
                                                    HEARING OFFICER'S SIGNATURE

========================================================================

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer
I may appeal the decision of a Class I Hearing to the facility administrator. I also understand
that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if
I am appealing a Class II Hearing decision or the Warden if I am appealing a Class II Hearing
decision.

I ( ) DO  (✓) DO NOT INTEND TO APPEAL.

                                                    _____
                                                    INMATE'S SIGNATURE

========================================================================

ORDER TO IMPLEMENT SANCTIONS

( ) Inmate does not wish to appeal.
( ) Time limit for appeal has expired.
( ) Appeal has been denied.
( ) Sanctions have been modified on appeal to: _____

It is hereby ordered to implement the sanctions or modified sanctions on:
DATE: MAR 03/05   and TIME: 1800

FORM #: 337

Disciplinary# 4587

**Sussex Correctional Institution**
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

## DISCIPLINARY REPORT

Date: 03/03/2005

| Disciplinary Type: Class1 | Housing Unit: PRE-TRIAL | | IR#: 9711 | |
|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00170365 | Piper, Robert J | SCI | PRE-TRIAL | 03/03/2005 | 15:40 |

**Violations:** 2.05 Disrespect, 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Stated Date And Approximate Time I/M Piper Ignored This C/O, D. Jacobs, To Put The Tray Down And Return To Hi Cell. After Being Ordered Two More Times And Defying The Order, This C/O Sprayed I/M Piper, And Called A Code 11. Sta Immediately Responded And Escorted I/M Piper From The Unit.

**Reporting Officer:** Jacobs, David I (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Jacobs, David I - Correctional Officer

N/A

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☑    **Disapproved:** ☐    **Approved By:** Flaherty, Gerard C (Shift Commander - Large Inst.)

**Comments:** To Lt. Gr Johnson

### Shift Supervisor Details

**Date Received:** 3/3/05    **Time:** 1742    **Received From:** C/O JACOBS

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Flaherty, Gerard C (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:** MAR. 05-05 **TIME:** 1205 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** Lt. G.R. Johnson

**Offender:** X Robert Piper
Piper, Robert J

NOTICE OF ADMINISTRATIVE
TRANSFER

DATE: 03-03-05

TO: Inmate: Robert Piper   I.D. NO: 00170365

The undersigned beleives that your behavior and/or attitude may warrant confinement to a more restrictive setting. Consequently, you are hereby administratively transferred to Behavior Mod pending completion of an investigation, (disposition of pending charges,) and/or reclassification.

_____
Watch Commander

cc: Inmate File
FORM #: 206
      (G&P)

NOTICE OF DISCIPLINARY HEARING
FOR CLASS II/CLASS I OFFENSE

TO: Inmate: _Robert Piper_ Number: _170365_ Location: _PT/HLA B-N_

1. You are hereby ordered to appear before Hearing Officer _LT. GR Johnson_ after _1205_ , after _MAR 05-05_ , at _S.C.I. HEARING OFFICE_ .
(Time of Day)       (Date)              (Location)

2. At the time, a hearing will be held to determine whether you violated the following Institutional Rule(s) as alleged in the attached Disciplinary Report: (State specific rule violated: _205/206_

3. A Class II Offense is a rule violation in which the extent of the sanction imposed shall be restricted to: a. Written Reprimand; b. Loss of one or more privileges for a period of time of more than 24 hours but less than 5 days; c. Confinement to assigned quarters not to exceed 5 days.

4. A Class I Offense is a rule violation in which the extent of the sanction to be imposed shall be restricted to: a. Loss of one or more privileges for a period of time of more than 24 hours but less than 90 days; b. Confinement to assigned quarters for a period of time not to exceed 15 days; c. Isolation confinement for a period of time not to exceed 90 days; d. Loss of good time for a period of time not to exceed up to all earned good time; e. Restitution. Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.

5. You have rights in the disciplinary process as stated on the back of this page. These have been fully explained to you at the time of this notification.

I certify that on _03/05/05_ at _1205_ , (1) I served upon the above inmate Notice of
                    (Date)         (Time)
Disciplinary Hearing for Class I/Class II Offense; and (2) the Disciplinary Report is attached hereto.

_Lt. GR Johnson_                              x_Robert Piper_
(EMPLOYEE SIGNATURE)                           (INMATE SIGNATURE)

*************************************************************************

Class II Offense   Inmate Rights in the Disciplinary Process

Right to Remain Silent: If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent your silence will not be considered against you at the Disciplinary Hearing may be considered against you.

Presence: You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reasons for such exclusions shall be stated in writing.

Impartial Hearing Officer: You have the right to be heard by an impartial Hearing Officer who shall not have witnessed the incident in question, been involved in preparation of the charge, or otherwise biased against you. Such Hearing Officer shall not have had supervisory responsibility over you during the six months immediately preseding the hearing and shall be of a rank no lower than Sergeant.

Make Statement and Present Evidence: You have the right to make a statement and present any reasonable evidence, including written statements from others, in your behalf.

Record of Findings: You have the right to receive a written record of the disciplinary hearing. Such records shall state the findings of the Hearing Officer, summarize the evidence relied upon, and will state the sanctions imposed if any.

Appeal: You have the right to appeal the decision of the Class II Hearing Officer to the Class I Hearing Officer. At the Disciplinary Hearing you will be provided with an appeal form. Execution of any sanctions imposed by the Hearing Officer UNLESS YOU INDICATE ON THE APPEAL FORM THAT YOU DO NOT INTEND TO APPEAL.

FORM #: 127 (S.C.I.)(F&R)

WAIVER

DATE: MAR. 05-05
TIME: 1210

I, INMATE Robert Piper GRANT PERMISSION TO WAIVE THE 24 HOUR WAITING PERIOD FOR DISCIPLINARY HEARING.

SIGNED: Robert Piper

FORM #: 238

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

CLASS I ____   CLASS II ✓   APPEAL NOTICE   DR#: 4587

INMATE NAME: ROBERT PIPER   INST#: _____   DATE: _____
HEARING DATE: MAR. 05/05   VIOLATION: 2.05/2.06
HEARING DECISION: GUILTY
SANCTION: (2) DAYS CTQ

I understand I have 72 hours in which to file a written notice of appeal to the Class I Hearing Officer in the case of an appeal from a Class II Hearing decision or to the Warden in the case of an appeal from a Class I Hearing decision.

APPEAL: NO APPEAL

INMATE'S SIGNATURE: Robert Piper

APPEAL DECISION: _____

FORM #: 336   SIGNATURE OF WARDEN OR HEARING OFFICER

| Number | Commitment Name | Inst/Unit | Case Number DR 4587 |
|---|---|---|---|
| 170365 | ROBERT PIPER | SCI/PT HU-4 | Date/Time of Hearing MAR.05/05 1210 |

1. Hearing Officer's Decision:

   [✓] Guilty   [ ] Not Guilty   [ ] Probation

2. Sanction Imposed:   ___ days LOP _____
   
   (2) days confinement to quarters
   
   ___ days Probation/Sanction Suspended
   
   ___ Written Reprimand

3. Stay of Sanction:

   [ ] Execution will be stayed.       [✓] Execution will not be stayed.
       Case Appealed                       Will Not Appeal

   START: 3/03/05
   END: 3/05/05

   I verify receiving a copy of sanction this date.

   _Robert Piper_ 3-5-05                   _[signature]_
   Inmate Signature and Date               Signature of Hearing Officer

   (3-part NCR)



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE  19947

TELEPHONE: (302) 856-5280

**MEMORANDUM**

**FROM:** Hearing Officer

**RE:** ORDER TO EXECUTE SANCTIONS   CASE NUMBER: 4587

This 5TH day of MARCH, 2005, whereas,

Inmate ROBERT PIPER has been

guilty of 2.05/2.06 and

[✓] whereas, said inmate does not want to appeal; or

[ ] whereas, more than 72 hours have expired since the Disciplinary Hearing was held; or

[ ] An appeal filed by said inmate has been denied by the Commissioner or his designee.

NOW, THEREFORE, IT IS ORDERED that the following sanction be executed: (2) DAYS C.T.Q.

LT. GR. JOHNSON
Hearing Officer

Lt. GR Johnson
Signature

FORM #: 119