## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT PIPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-341-SLR |
| | ) | |
| D.O.C. RICK KEARNEY and | ) | |
| DAVID JACOBS D.O.C., | ) | |
| | ) | |
| Defendants. | ) | |

### SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Stacey Xarhoulakos hereby enters her appearance in lieu of Deputy Attorney General Lisa Barchi as counsel for Defendants Department of Correction, Richard Kearney, and David Jacobs.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| /s/ Lisa Barchi<br>Lisa Barchi<br>Deputy Attorney General<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>lisa.barchi@state.de.us | /s/ Stacey Xarhoulakos<br>Stacey Xarhoulakos<br>Deputy Attorney General<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>stacey.xarhoulakos@state.de.us |

Date:  November 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2006, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on November 1, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

    Robert Piper
    SBI #170365
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947
    PRO SE

    /s/ Stacey Xarhoulakos
    Deputy Attorney General
    Department of Justice
    820 N. French St., 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    stacey.xarhoulakos@state.de.us