IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT PIPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-341-SLR |
| ) | |
| RICK KEARNEY, DAVID JACOBS ) | |
| and D.O.C., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

At Wilmington this 7th day of December, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that the motion for summary judgment filed on behalf of defendants is granted. (D.I. 19) The motion to appoint counsel is denied. (D.I. 21) The clerk of court shall enter judgment in favor of defendants and against plaintiff.

                              /s/ Sue L. Robinson
                              United States District Judge