IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT PIPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-341-SLR |
| | ) |
| RICK KEARNEY, DAVID JACOBS, and D.O.C., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of December 7, 2006;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Rick Kearney, David Jacobs, and Department of Correction and against plaintiff Robert Piper.

_____
United States District Judge

Dated: December 11, 2006

_____
(By) Deputy Clerk